The State charged appellant by information in thirty-four cases with the Class A misdemeanor offense of cruelty to animals, alleging appellant committed the offense by failing to unreasonably provide food or water or care or shelter for the dogs. *See* TEX. PENAL CODE ANN. § 42.092(b)(3) (West 2011). The State went to trial on three of those cases—one case involved a six- to eight-week old puppy, another case involved a six-month old puppy, and the other case was for Baby G. Appellant waived a jury and pleaded not guilty in each case.

After a bench trial, the trial court found appellant guilty in the case involving Baby G and not guilty in the other two cases. The court sentenced appellant to 365 days in the Rockwall County jail, which was suspended pending fifteen months of community supervision, and assessed a $400 fine. The court also ordered appellant to pay $210 in restitution and court costs. Appellant moved for a new trial, which the trial court denied. This appeal followed.

## Motion to Strike Words in the Information

Appellant argues in her first issue that the trial court reversibly erred when it granted the State's motion to strike certain words in the information after trial had commenced and over her objection. The information alleged appellant:

> did then and there intentionally, knowingly, or recklessly fail unreasonably to provide necessary food or water or care or shelter for an animal, to-wit: a grey and white adult female American Pit Bull Terrier in [appellant's] custody, *by not providing food, water, and reasonable living conditions . . . .*

(Emphasis added).[1] The day before the start of trial, the State filed a "Motion to Strike Words of the Information," asking the trial court to delete the above italicized words from the information and allow the State to proceed to trial on the remaining part of the information. The trial court addressed the motion to strike at the start of trial, after the parties announced they were ready and

---

[1] We note that the information previously had been amended before trial by adding the kennel card identification number so that the particular American Pit Bull Terrier (Baby G) could be identified with greater specificity.